```
 1  THOMAS G. GILMORE, ESQ.
    State Bar No. 91984
 2  LAW OFFICES OF THOMAS G. GILMORE
    3232 FOURTH AVENUE
 3  SAN DIEGO, CALIFORNIA 92103
    (619) 426-4444
 4

 5  Attorney for Material Witnesses

 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    (Honorable Barbara L. Major)

11  UNITED STATES OF AMERICA,    ) CASE NO. 08MJ1115 BLM
                                 )
12                               )
                      Plaintiff, ) NOTICE OF MOTION; MOTION FOR
13                               ) VIDEOTAPE DEPOSITION AND
    vs.                          ) SUBSEQUENT VOLUNTARY DEPORTATION
14                               ) OF MATERIAL WITNESS; MEMORANDUM
    Marco Antonio Contreras-Perez) OF POINTS AND AUTHORITIES AND
15                               ) DECLARATION OF THOMAS G. GILMORE
                                 ) IN SUPPORT THEREOF
16                               )
                                 ) DATE: May 20, 2008
17                    Defendant. ) TIME: 9:00 am
    _____) PLACE: Courtroom of Magistrate
18                                        Barbara L. Major
```

19      TO: UNITED STATES ATTORNEY; DEFENDANTS AND THEIR ATTORNEYS OF

20  RECORD:

21      PLEASE TAKE NOTICE that on April 15, 2008 at 9:30 a.m. or as

22  soon thereafter as the matter may be heard, material witnesses Ruben

23  Lopez-Basulto, Juan Castillo-Vega and Giovani Venancio-Nieves will

24  move the Court for an Order that they be subjected to a videotape

25  deposition prior to trial and subsequent voluntary deportation.

26      This motion will be based on 18 U.S.C. 3144 in that the

27  witnesses testimony can be adequately secured by deposition and

28  further detention is not necessary to prevent a failure of justice.

1

1  This motion is further based on this notice of motion, the
2 memorandum of points and authorities and declaration of Thomas G.
3 Gilmore filed herewith, and as such other and further evidence as
4 may be presented at the hearing of the motion.

                                         Respectfully submitted,

DATED: 4/29/08                            /ss/Thomas G. Gilmore
                                         THOMAS G. GILMORE, Attorney for
                                         Material Witnesses