```
 1  THOMAS G. GILMORE, ESQ.
    State Bar No. 91984
 2  LAW OFFICES OF THOMAS G. GILMORE
    3232 FOURTH AVENUE
 3  SAN DIEGO, CALIFORNIA 92103
    (619) 426-4444
 4

 5  Attorney for Material Witnesses

 6

 7

 8                   UNITED STATES DISTRICT COURT

 9                  SOUTHERN DISTRICT OF CALIFORNIA

10                    (Honorable Barbara L. Major)

11  UNITED STATES OF AMERICA,      ) CASE NO.  08MJ1115
                                   )
12                   Plaintiff,    )
                                   ) CERTIFICATE OF SERVICE
13  vs.                            )
                                   )
14  Marco Antonio Contreras-Perez, )
                                   )
15                                 )
                                   )
16                   Defendant.    )
    _____ )
17

18       I, hereby certify that on today's date, I electronically filed

19  the attached documents with the Clerk of the Court using the CM/ECF

20  system, which will automatically send electronic notification of

21  such filing and a copy of such filings to the following:

22       Maxine I Dobro, Esq. - maxdobro@aol.com

23       Efile.dkt.gc2@@usdoj.gov

24  Date:  April 30, 2008

25  By:  /ss/Thomas G. Gilmore
         THOMAS G. GILMORE, Attorney for
26       Material Witnesses

27

28


                                 1
```