UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>CONTRERAS-PEREZ<br><br>Defendant(s) | CRIMINAL NO. 08CR1468-BTM<br>08MJ1115<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

GIOVANI VENANCIO-NIEVES

DATED: 5/8/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
     DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by /s/ _____
     Deputy Clerk