UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 08CR 1468-BTM |
| Plaintiff | ) | 08MJ 1115 |
| vs. | ) | ORDER |
| Contreras-Perez | ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) | Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

RUBEN LOPEZ-BASULTO

DATED: 5/8/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
         Deputy Clerk